UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

v.

ALL FUNDS ON DEPOSIT AT:
CITIGROUP SMITH BARNEY ACCOUNT
NO. 600-00338 HELD IN THE
NAME OF KOBI ALEXANDER and
CITIGROUP SMITH BARNEY ACCOUNT
NO. 600-27994 HELD IN THE
NAME OF KOBI J. ALEXANDER,

                Defendants.

- - - - - - - - - - - - - - - - -X

Civil Action. No.
CV-06-3730

(Garaufis, J.)
(Reyes, M.J.)

RECEIVED
IN CHAMBERS OF
HON. RAMON E. REYES, JR.

AUG 0 9 2006

TIME A.M. _____
     P.M. _____

     Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Kathleen Nandan, it is hereby ORDERED that the sealed complaint, and any other documents related thereto, in the above-captioned case be unsealed.

Dated:    Brooklyn, New York
          August _9_, 2006

                                        s/Ramon E. Reyes, Jr.
                                        _____
                                        The Honorable Ramon E. Reyes, Jr.
                                        United States Magistrate Judge



U.S. Department of Justice

United States Attorney
Eastern District of New York

RECEIVED
IN CHAMBERS OF
HON. RAMON E. REYES, JR.
AUG 0 9 2006
TIME A.M.
P.M.

SLR:EB:KAN

One Pierrepont Plaza
New York 11201

Mailing Address: 147 Pierrepont Street
Brooklyn, New York

August 9, 2006

RECEIVED
IN CHAMBERS OF
HON. RAMON E. REYES, JR.
AUG 0 9 2006
TIME A.M.
P.M.

Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. All Funds on Deposit at Citigroup
Smith Barney Account No. 600-00338, et ano.,
Civil Action No. CV-06-3730 (Garaufis, J.) (Reyes, M.J.)

Dear Magistrate Judge Reyes:

The undersigned respectfully requests that the complaint in the above-referenced matter be unsealed. The government had requested that the complaint, which was filed on July 31, 2006, remain sealed until a related criminal matter was unsealed. That matter was unsealed this morning.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: /s/ Kathleen Nandan
Kathleen A. Nandan
Assistant U.S. Attorney
(718) 254-6409/7000